John Sakalas and Joseph Sakalas, appellees, v. Charles S. Bonesteel, appellant. Gen. No. 28,221.

Action in forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge,

presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed March 19, 1923.

Nichols & Nelson, for appellant. Charles N. French, for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.